Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
RONALD PATTON

FILED
CLERK, U.S. DISTRICT COURT
FEB - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RONALD PATTON, | Case No.: 2:10-cv-09474-FMO |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| ZWICKER & ASSOCIATES, P.C., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 2/2/11

_____
The Honorable Judge
United States District Judge

1

[Proposed] Order